Julius S. Neale, Plaintiff, v. Archie Parks et al., Defendants.
Elizabeth Druggan, Counter-Plaintiff, v. Julius S. Neale and Archie Parks, Counter-Defendants.
Appeal of Bernard W. Vinissky, Appellant.

Gen. No. 44,586. 

Bernard W. Vinissky, *pro se;* Martin G. Loeff, of counsel; Francis M. Lowes, for appellee; Francis M. Cooper, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed November 1, 1949; released for publication November 23, 1949.

Philadelphia and Reading Coal and Iron Company, Appellee, v. Calumet Shipyard and Dry Dock Company, Appellant.

Gen. No. 44,448. 

